Francis Graham, Appellant, v. Charles H. Peckworth, Respondent.— Judgment affirmed, with costs. No opinion.

Michael O'Rourke, Respondent, v. Guy B. Waite Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissented.)

John J. Lord, Respondent, v. New York Evening Journal Publishing Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Application of Frank Eckstein, Appellant, for a Writ of Mandamus against John W. Brannan and Others, Composing the Board of Trustees of Bellevue and Allied Hospitals, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William H. McElfatrick, as Sole Surviving Partner of the Late Firm of J. B. McElfatrick & Son, Respondent, v. William H. McElfatrick, Individually and as Executor of John B. McElfatrick, Deceased, Impleaded with Margarette E. McElfatrick, Individually and as Executrix, etc., of John B. McElfatrick, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Joseph Rodman Drake Park in the Twenty-third Ward, Borough of the Bronx, City of New York, etc. George F. Johnson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frederic Currie and Others, Copartners Doing Business under the Firm Name of Currie & Boyce, Appellants, v. Frank J. Sprague, Respondent. (2 cases.)— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Queen of the Moulin Rouge Company, Respondent, v. Hurtig & Seamon, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham and Scott, JJ., dissented.)

Augustus B. Piper, Respondent, v. Hattie Eleanor Hayward, as Administratrix, etc., of Harry J. Hayward, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry Ruddock, Respondent, v. Walter H. Lewisson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louise Barrett, Appellant, v. Henry J. Barrett, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry L. Prager, Respondent, v. Hulbert T. E. Beardsley, Defendant. Seasongood & Edwards, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elmer E. Kirkland, Appellant, v. Edwin A. McAlpin, Respondent.— Order reversed and motion granted on payment of all costs in the action to be taxed. No opinion. Settle order on notice.

· The People of the State of New York ex rel. Oscar Duryea, Appellant, v. David Wilber, a Peace Officer of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Maynard N. Clement, as State Commissioner of Excise of the State of New